CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 28 2006
JOHN F. CORCORAN, CLERK
BY: /s/ H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WALTER STEVE WILSON, JR., Plaintiff, | Civil Action No. 7:06cv00228 |
| v. | **FINAL ORDER** |
| BILL PRICE, et al., Defendants. | By: Hon. Jackson L. Kiser Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that

a. All plaintiff's claims brought under 42 U.S.C. § 1983 shall be and hereby are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1);

b. All plaintiff's claims brought under 28 U.S.C. § 2254 shall be and hereby are **DISMISSED** without prejudice pursuant to Rule 4 of the Rules Governing §2254 Cases;

c. All other pending motions are hereby **DENIED** as **MOOT**; and

d. This case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 28th day of April, 2006.

_/s/ Jackson L. Kiser_
Senior United States District Judge